## UNITED STATES DISTRICT COURT
### PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**DEPUTY CHIEF PROBATION OFFICER**
**THOMAS MILLER**

June 6, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

U.S. District Judge-Designate
U.S. District Court
50 Walnut Street
Newark, New Jersey 07102

RE: **GOMEZ, Franklin**
Dkt. No. 06-10-001
**OUTSTANDING FINE BALANCE**

Dear Judge-Designate:

On June 23, 2006, the above-named offender was sentenced by the Honorable Harold A. Ackerman, to 27 months imprisonment, to be followed by a three-year term of supervised release for the offense of Conspiracy to Traffic in Counterfeit Goods. Gomez has been supervised by the U.S. Probation Office for the South District of Florida since his release on July 10, 2008.

The offender's term of supervision is due to expire on July 9, 2011. However, the offender maintains a fine balance of approximately $17,800 which will not be paid prior to the expiration of his supervision. At this time, the U.S. Probation Office for the Southern District of Florida is recommending that the supervision be allowed to expire without full payment.

Despite the offender's failure to fully satisfy his financial obligation, he has otherwise been in compliance with the conditions of his supervision. Therefore, unless Your Honor considers otherwise, the Probation Office recommends the supervision term be allowed to expire as scheduled since the fine/restitution order remains imposed as a final judgment, pursuant to Title 18, United States Code, Section 3664(o). The Financial Litigation Unit of the United States Attorney's Office (FLU) has been notified of the expiration of supervision and will continue to pursue collection of the financial obligation. If Your Honor requests an alternative course of action, please advise. We will make ourselves available should the Court wish to discuss this matter.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Anthony J. Nisi
U.S. Probation Officer

/ajn
cc:   U.S. Attorney's Office (FLU)

So ordered on this 17th day of June, 2011

s/Garrett E. Brown, Jr.
Chief U.S. District Judge